

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　　　　　　　*973-645-2700*
*Newark, New Jersey 07102*

November 12, 2014

VIA ECF AND E-MAIL
Hon. Faith S. Hochberg
United States District Judge
United States District Court for the
　District of New Jersey
MLK, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

　　　　Re:　*United States v. Courtney Johnson*
　　　　　　　*United States v. Carol Johnson*
　　　　　　　Crim. No. 13-417 (FSH)

Dear Judge Hochberg:

　　We write in response to the letter filed by Thomas R. Ashley, Esq., counsel to defendant Courtney Johnson, requesting: (1) an adjournment of the trial date from January 12, 2015 to January 27, 2015, and (2) permission to file pre-trial motions on or before November 19, 2014.

　　Mr. Ashley is correct that the United States would not oppose his request for an adjournment; however, the position of the United States was conditioned on: (1) that the adjournment be limited to a two-week period, and (2) that the Court's schedule permitted such an adjournment. Additionally, if the Court grants the defense's request to file pre-trial motions on or before November 19, 2014, the United States respectfully requests that its response to such motions be due on or before Friday, December 5, 2014.

We thank the Court for its consideration.

                                                Respectfully submitted,

                                                PAUL J. FISHMAN
                                                United States Attorney

                                                By:   LORRAINE S. GERSON
                                                          JANE H. YOON
                                          Assistant United States Attorneys

cc:   Thomas R. Ashley, Esq.
       Leslie Sinemus, Esq.
       John Reilly, Courtroom Deputy