UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE ANNE E. THOMPSON
COURT RECORDER: J. CAMPBELL
                                       DATE OF PROCEEDINGS: 11/05/2015

TITLE OF CASE:
UNITED STATES OF AMERICA
      vs.
                                       CRIMINAL DOCKET #: 13-417(AET)-02
CAROL JOHNSON, DEFENDANT PRESENT.

APPEARANCES:
Jane Yoon, Assistant United States Attorney
Leslie Sinemus, Esquire for Defendant
Maryellyn Muller, Supervising, U.S. Probation Officer

NATURE OF PROCEEDINGS:
DEFENDANT SENTENCED TO A ONE-COUNT SUPERSEDING INFORMATION.
IMPRISONMENT: N/A
SUPERVISED RELEASE: N/A
PROBATION: 3 years with special conditions.
FINE: waived.
RESTITUTION: $93,385.00
SPECIAL ASSESSMENT: $100 (due immediately).
Defendant advised of rights to appeal.
Hearing on Government's motion to dismiss pending counts.
Ordered motion Granted.

TIME COMMENCED: 12:15 p.m.
TIME ADJOURNED: 12:35 p.m.
TOTAL TIME: 20 minutes

                                           s/Dana Sledge-Courtney
                                           Courtroom Deputy